CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:        kculpepper@culpepperip.com

Attorney for Plaintiff
ANIMACCORD LTD.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANIMACCORD LTD., a Cyprus limited company,<br><br>    Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,",<br><br>    Defendants. | **Case No.:  1:23-cv-173-LEK-WRP**<br>(Trademark)<br><br>PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT SELLER ID#1 A/K/A CHEWYS TOY CHEST WITHOUT PREJUDICE |

PLAINTIFF'S NOTICE OF DISMISSAL OF
DEFENDANT SELLER ID#1 A/K/A CHEWYS TOY CHEST
 WITHOUT PREJUDICE

Plaintiff provides notice of its voluntary dismissal under Rule 41(a) of Defendant Seller ID#1 a/k/a Chewys Toy Chest without prejudice.  This dismissal is pursuant to Rule 41(a)(1)(A)(i).

Plaintiff does not seek an award of attorney's fees and/or costs.

26-002

No claims, including any counterclaim, cross-claim, or third-party claim, would remain between Plaintiff and Defendant Seller ID#1 a/k/a Chewys Toy Chest following dismissal.

No answer or motion for summary judgment has been filed.

This action terminates the temporary restraining order <u>solely</u> with respect to Defendant Seller ID#1 a/k/a Chewys Toy Chest.

Note that this action does not terminate the matter as claims remain against other Defendants identified on Schedule "A" [Doc. #1-1].

DATED: Kailua-Kona, Hawaii, April 24, 2023.

                CULPEPPER IP, LLLC

                /s/ Kerry S. Culpepper
                Kerry S. Culpepper

                Attorney for Plaintiff

APPROVED AS TO FORM



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*ANIMACCORD LTD. v. THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"*, Civil No.: 23-cv-00173-LEK-WRP; Notice of Dismissal of Defendant Seller ID#1 a/k/a Chewys Toy Chest without Prejudice

26-002

3

26-002