CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
ANIMACCORD LTD.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANIMACCORD LTD., a Cyprus limited company,<br><br>     Plaintiff,<br><br>     v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,",<br><br>     Defendants. | Case No.: 1:23-cv-173-LEK-WRP<br>(Trademark)<br><br>**MOTION FOR ORDER TO SHOW CAUSE HEARING WHY THIRD-PARTY E-BAY INC. SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR WILLFULLY VIOLATING THE TEMPORARY RESTRAINING ORDER** |

**MOTION FOR ORDER TO SHOW CAUSE HEARING WHY THIRD-PARTY E-BAY INC. SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR WILLFULLY VIOLATING THE TEMPORARY RESTRAINING ORDER**

Plaintiff ANIMACCORD LTD. ("Plaintiff"), by and through its counsel, hereby moves for this honorable Court to order Third-Party E-bay, Inc. to Show Cause why it should not be held in contempt of court and sanctioned for violating

26-002

the temporary restraining order [Doc. #12].  This motion is pursuant to the temporary restraining order, 28 U.S.C §1651(a) (The All Writs Act), Rule 65 of the *Federal Rules of Civil Procedure* and this Court's inherent authority.  Plaintiff's counsel first met and conferred via email with E-Bay's legal staff on May 4, 2023 and met and conferred with E-Bay's counsel on May 5, 2023 by requesting E-Bay remove the infringing e-commerce stores and immediately freeze the financial accounts.

DATED: Kailua Kona, Hawaii, May 5, 2023.

Respectfully submitted,

 /s/ Kerry S. Culpepper

Kerry S. Culpepper,
HI Bar No. 9837
Counsel for Plaintiff
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com

2

27-006