UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ANIMACCORD LTD., a Cyprus limited company,<br><br>    Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,",<br><br>    Defendants. | **Case No.: 1:23-cv-173-LEK-WRP**<br>(Trademark)<br><br>**DECLARATION OF KERRY S. CULPEPPER** |

## <u>DECLARATION OF KERRY S. CULPEPPER</u>

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1.    I am an attorney and represent the Plaintiff. I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiff's Motion for an Order to Show Cause hearing.

2.    I represent Plaintiff in another case in the Eastern District of Virginia where a similar TRO was issued against E-bay e-commerce stores. *See ANIMACCORD LTD. v. THE INDIVIDUALS, PARTNERSHIPS AND*

27-006

*UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"*, Civil Action No.: 1:22-cv-868-LMB-WEF, E.D.VA. ("*ANIMACCORD I*").

3.     From *ANIMACCORD I*, I received contact information for E-bay's staff that processes TRO such as E-bay designated email address for receiving TROs.

4.     On April 18, 2023, I emailed a copy of the TRO and a subpoena to E-bay's designated email address for receiving TROs.

5.     On April 18, 2023, I engaged Kevin Dunn to serve E-bay's Delaware agent the TRO and subpoena.  Mr. Dunn served E-bay's agent on April 19, 2023.

6.     On May 4, 2023, E-bay's representative Nancy Lindsley sent me an email in which she explicitly stated that E-bay would not comply with the asset restraint of the TRO because it believed that doing so would violate its sellers "due process".  I have attached a true and accurate copy of the email but redacting email addresses as Exhibit "1".

7.     That same day, I sent a reply email to Ms. Lindsley attaching a copy of excerpts from schedule "B" [Doc. #1-7] showing the E-bay stores listing of counterfeits products and requesting confirmation by end of the day that E-bay

27-006

would comply with the TRO.  I have attached a true and accurate copy of the email but redacting email addresses as Exhibit "2"

8.    That evening (of May 4), I looked at the E-bay ecommerce websites of the Defendants and noted that all were still active and listing products for sell using Plaintiff's Mash and the Bear registered marks without authorization. Exhibit "5" is true and correct screenshots of the E-bay ecommerce websites as they appeared on May 4, 2023.

9.    On May 5, 2023, I received an email from Dave Grable of Quinn Emanuel informing me that he was representing E-bay in connection with this matter.  I replied back that same day requesting a telephone meet and confer concerning this motion for an OSC hearing and confirmation that E-Bay was going to comply with the TRO by immediately taking down the E-bay ecommerce websites listed in schedule A and freeze the accounts.  That same day, Mr. Grable stated that it was his understanding that the E-bay listings had been taken down. However, he did would not respond to the request for E-bay to freeze the accounts. I have attached this email thread as Exhibit "3".

10.   This is not the first time E-bay has asserted the baseless argument that it does not have to comply with a TRO including an asset restraint if the seller is a US resident.  In *ANIMACCORD I*, I received almost the same email from Robert

27-006

Bringhurst on Sept. 6, 2022 (redacted copy attached as Exhibit "4"). I gave him the same exact reply I gave to Ms. Lindsley. I pointed out that Rule 65(b) does not carve out an exception for US residents or foreign nationals and attached copies of the E-bay store fronts that showed they were engaged in flagrant sell of counterfeit goods. Thereafter, E-bay immediately notified me that it was freezing the accounts *ANIMACCORD I*. Therefore, I was surprised to get the same exact email from Ms. Lindsley in this case.

11.   In comparison to E-bay's baseless assertion, all the other e-commerce websites (Amazon, Etsy, Bonanza) are complying with the TRO.


I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, May 5, 2023.

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper

Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047

4

27-006

27-006