**Exhibit "1"**

**Kerry Culpepper**

| | |
|---|---|
| **From:** | Lindsley, Nancy <​██████████████​> |
| **Sent:** | Thursday, May 4, 2023 6:16 AM |
| **To:** | Kerry Culpepper |
| **Cc:** | Lahtinen,Joanna; Bringhurst, Robert; TROs |
| **Subject:** | RE: Animaccord 23-cv-173-LEK-WRP |

Hello Kerry,

The registration information and sales and listing history were sent via Kiteworks. The password for the 7zip file is below. Please note that eBay will not suspend or remove any listings unless specifically requested by you. eBay reserves all of its rights with regard to such requests.

The password for the ██████████████████

Please also note that eBay intermediates payments for the accounts listed below. All of the data currently available to eBay indicate that these sellers are based in the United States and therefore can be served with process. To the extent that you obtained the court order requiring eBay to freeze these accounts based on allegations that these sellers are based outside the United States or that assets would be moved outside the United States, please provide us with the information underlying such allegations. eBay will keep information confidential, as necessary. Until then, we believe it would be a violation of due process – and inappropriate – to freeze a U.S.-based seller's entire payment account without prior notice. Freezing seller accounts indiscriminately and improperly also significantly and adversely affects eBay's commercial relationships and reputation. Consequently, based on the information currently in our possession, we do not intend to freeze these sellers' payment accounts. We are willing to reconsider once you provide us with specific information regarding these sellers. If you disagree with or dispute eBay's position, please let us know promptly so that we can raise the issue with the Court and seek appropriate relief.

- zorkost-0
- store_zima
- monsterxpart
- butterfliesdream
- sellsim_2day_shipping
- ittybittysweetshop
- mattys-cute-collectibles
- happyshopping555

eBay objects to the Subpoena to the extent that it does not comply with California's Interstate and International Depositions and Discovery Act (the "Interstate Discovery Act"), as codified at California Code of Civil Procedure ("CCP") §§ 2029.100–2029.900. A subpoena issued from out of state cannot compel eBay, a non-party witness in California, to produce documents in this case. An out-of-state Subpoena is a nullity, and is unenforceable. To the extent that eBay objects to and/or responds to the Subpoena, it does not waive this jurisdictional defect.
eBay objects to these requests to the extent the requests purport to impose obligations on eBay other than those imposed by the California Rules of Civil Procedure, or the Local Rules of this Court.
eBay objects to each of the requests to the extent that they seek documents protected by U.S. and international privacy laws, including, but not limited to the Title 5 of the Fair Credit Reporting Act, the Fair and Accurate Credit Transactions Report, the Electronic Privacy and Communications Act, the Financial Services Modernization Act, the Health Information Privacy Accountability Act and/or the European Union Data Protection Directive.

eBay objects to the Subpoena to the extent that it seeks production of "all" documents responsive to the requested categories on grounds that it is seeking information that is not relevant to the claims or defenses of any party in this action, vague, ambiguous, overbroad and unduly burdensome.

eBay objects to each of the requests to the extent that it seeks consumer information protected by the California Constitution or any other state or federal law.  eBay will, however, produce relevant, non-privileged, confidential information pursuant to the terms of a protective order. On that basis, eBay objects to the production of credit card information, bank account information and IP address information.

Although the attached responses are complete to the best of eBay's knowledge, they are given without prejudice to eBay's right to produce additional relevant evidence that may come to light regarding the issues raised in this action. Nothing contained in these responses should be construed as an admission relative to the existence or non-existence of any document, and no response is to be considered an admission respecting the relevance or admissibility of any documents sought.

Thanks,
Nancy

**From:** Kerry Culpepper <kculpepper@culpepperip.com>
**Sent:** Monday, April 24, 2023 2:40 PM
**To:** Lindsley, Nancy <nlindsley@ebay.com>
**Cc:** Lahtinen,Joanna <jlahtinen@ebay.com>; Bringhurst, Robert <rbringhurst@ebay.com>; TROs <TROs@ebay.com>
**Subject:** RE: Animaccord 23-cv-173-LEK-WRP

External Email
Hello Nancy,
See attached.
Best regards - KSC

**From:** Lindsley, Nancy <​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Monday, April 24, 2023 10:55 AM
**To:** kculpepper@culpepperip.com
**Cc:** Lahtinen,Joanna ; Bringhurst, Robert >; TROs
**Subject:** Animaccord 23-cv-173-LEK-WRP

Hello Kerry,

We've received the subpoena and TRO for the Animaccord case 23-cv-173. Would you please reply to this email with an excel file of the eBay defendants to assist us in processing the TRO efficiently?

Thanks very much!

Regards,
Nancy Lindsley