# Exhibit "3"

# Kerry Culpepper

| | |
|---|---|
| **From:** | Dave Grable <​████████████​> |
| **Sent:** | Friday, May 5, 2023 3:59 PM |
| **To:** | Kerry Culpepper |
| **Subject:** | RE: eBay / Animaccord, 1:23-cv-173, D. Haw |

Kerry – I understand that the eBay listings in Schedule A to the TRO have all been taken down. I can be available to discuss further on Monday, although as noted I will not yet have arms completely around the issues, which will take a day or two more.

Best,

Dave Grable
Co-Chair, National Trial Practice
Quinn Emanuel
████████████
*********
This message may contain attorney-client privileged and confidential material. If you have received it in error, please delete the message, do not distribute it further, and notify me immediately.

**From:** Kerry Culpepper <kculpepper@culpepperip.com>
**Sent:** Friday, May 5, 2023 3:54 PM
**To:** Dave Grable <​████████████​>
**Subject:** RE: eBay / Animaccord, 1:23-cv-173, D. Haw
**Importance:** High

**[EXTERNAL EMAIL from kculpepper@culpepperip.com]**

Dave,
I would like to meet and confer with you on this regarding a forthcoming motion for OSC why E-Bay should not be held in contempt for violating the TRO. As of today, with the exception of Butterflies all the E-Bay stores at issue in this case are open and listing for sale counterfeit Mash and the Bear products in flagrant violation of the TRO. They all were up yesterday (see attached). Please let me know when you can discuss this urgent issue by phone today or if E-Bay is going to comply with the TRO and immediately take down these e-stores listed in schedule A and freeze the accounts.

I also request an accounting so I can ascertain what funds left the accounts since E-Bay was served the TRO.

Regards,
KSC

**From:** Dave Grable <​████████████​>
**Sent:** Friday, May 5, 2023 11:34 AM
**To:** Kerry Culpepper <kculpepper@culpepperip.com>
**Subject:** eBay / Animaccord

Kerry – eBay has engaged us to represent them on the Animaccord matter. We are just getting into it, reviewing the papers, and getting an understanding of the situation. We will be in a position to respond to you by Wednesday of next week.

Best,

Dave

Dave Grable
Co-Chair, National Trial Practice
Quinn Emanuel

*********

This message may contain attorney-client privileged and confidential material.  If you have received it in error, please delete the message, do not distribute it further, and notify me immediately.

2