**Exhibit "4"**

## Kerry Culpepper

| | |
|---|---|
| **From:** | kculpepper culpepperip.com <kculpepper@culpepperip.com> |
| **Sent:** | Tuesday, September 6, 2022 6:17 AM |
| **To:** | Bringhurst, Robert |
| **Cc:** | TROs; Lahtinen,Joanna; Lindsley, Nancy(AWF) |
| **Subject:** | Re: TRO Animaccord (22-cv-868) |
| **Attachments:** | ANIMACCORD VA-mjv.fashion.solutions.pdf; ANIMACCORD VA-mysecret2411.pdf; ANIMACCORD VA-peckele.pdf; ANIMACCORD VA-phantomriof4.pdf; ANIMACCORD VA-princessdress2370.pdf; ANIMACCORD VA-sernat12.pdf; ANIMACCORD VA-shirts5.pdf; ANIMACCORD VA-A2ZBirthdayTeez.pdf; ANIMACCORD VA-birthdaytutudress.pdf; ANIMACCORD VA-bmoore120.pdf; ANIMACCORD VA-cakeimagecreations-2.pdf; ANIMACCORD VA-creatikacorp.pdf; ANIMACCORD VA-grtoffer70.pdf; ANIMACCORD VA-janalv_60.pdf; ANIMACCORD VA-kathiizaba0.pdf; ANIMACCORD VA-kayla-ribbons-crafts.pdf; Doc 6-1.pdf |

Hello Robert,

Rule 65(b) provides for issuance of a TRO without notice. There is no special carve out for US residents or foreign residents. These sellers are selling counterfeit Masha and the Bear products in violation of Animaccord's federally registered trademarks and copyrights. In addition to Rule 65(b), the Lanham act provides courts with authority to take equitable action to restrain infringement. I would think Ebay would be more concerned about sellers using its platform for blatant piracy.
I have attached the evidence verifying that these sellers are selling counterfeit products and the sealed affidavit submitted [Doc. #6-1] in support of the motion for a TRO without notice that was granted.

Please let me know by today whether EBay still refuses to comply with the TRO and freeze the accounts.

Best regards,
Kerry Culpepper

---

**From:** Bringhurst, Robert <​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Tuesday, September 6, 2022 4:13 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Cc:** TROs <TROs@ebay.com>; Lahtinen,Joanna <​​​​​​​​​​​​​​​​​​​​​​​​>; Lindsley, Nancy(AWF) <​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: TRO Animaccord (22-cv-868)

Hi Kerry,

The registration information, sales and listing history, and the balances of restrained accounts were sent via Kiteworks. Please let us know when the TRO is unsealed so we can notify eBay sellers to contact you and so we can suspend any accounts you receive a judgment against.

Password: k5MJ&048S0lU

Please also note that eBay intermediates payments for the accounts listed below. All of the data currently available to eBay indicate that these sellers are based in the United States and therefore can be served with process. To the extent that you obtained the court order requiring eBay to freeze these accounts based on allegations that these sellers are

1

based outside the United States or that assets would be moved outside the United States, please provide us with the information underlying such allegations. eBay will keep information confidential, as necessary. Until then, we believe it would be a violation of due process – and inappropriate – to freeze a U.S.-based seller's entire payment account without prior notice. Freezing seller accounts indiscriminately and improperly also significantly and adversely affects eBay's commercial relationships and reputation. Consequently, based on the information currently in our possession, we do not intend to freeze these sellers' payment accounts. We are willing to reconsider once you provide us with specific information regarding these sellers. If you disagree with or dispute eBay's position, please let us know promptly so that we can raise the issue with the Court and seek appropriate relief.

acul_59, birthdaytutudress, bmoore120, cakeimagecreations-2, crayola04-6, creatikacorp, deeplylovedcreations, grtoffer70, janalv_60, kathiizaba0, kayla-ribbons-crafts, mjv.fashion.solutions, mysecret2411, peckele, phantomriof4, princessdress2370, sernat12,shirts5

Thank you,

**Robert Bringhurst**
Litigation Paralegal

eBay
rbringhurst@ebay.com



**From:** Kerry Culpepper <kculpepper@culpepperip.com>
**Sent:** Wednesday, August 31, 2022 3:21 PM
**To:** Bringhurst, Robert(AWF) >
**Cc:** TROs >; Lahtinen,Joanna ; Lindsley, Nancy(AWF)
**Subject:** RE: TRO Animaccord (22-cv-868)

External Email
Hello Robert,

Please see attached.

Best regards,

Kerry Culpepper

**From:** Bringhurst, Robert(AWF)
**Sent:** Wednesday, August 31, 2022 9:19 AM
**To:** kculpepper@culpepperip.com
**Cc:** TROs ; Lahtinen,Joanna ; Lindsley, Nancy(AWF)
**Subject:** TRO Animaccord (22-cv-868)

Hi Kerry,

We received the TRO case information for Animaccord (22-cv-868).

Can you please provide an excel file of the eBay seller defendants so we can process this TRO case?

Thank you,

**Robert Bringhurst**
Litigation Paralegal
eBay



3