**Exhibit "5"**




























15 Masha And The Bear Birthday Party Water Bottle Labels
$16.99


(12) Personalized Masha and The Bear Chip Bags Party Supplies...
$25.99


Personalized 12 Masha And The Bear cupcake toppers picks
$16.00


12 Masha And The Bear Capri Sun Juice Pouch Stickers Labels
$16.00


12 Personalized Masha And The Bear paper party cups
$14.00


12 The super Mario Bros Capri Sun Juice Pouch Stickers Labels
$16.00


12 Personalized Wednesday/Merlina Addams paper party cups
$14.00


(12) Personalized the Super Mario Bros Chip Bags Party Supplies...
$25.99