CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
ANIMACCORD LTD.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| ANIMACCORD LTD., a Cyprus limited company, | ) ) ) | **Case No.: 1:23-cv-173 LEK-WRP** (Trademark) |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CERTIFICATE OF SERVICE** |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", Defendants. | ) ) ) ) ) ) ) ) ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served to the following:

Via First Class Mail

Dave Grable, Counsel for E-bay

26-002

Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

<u>Via E-mail</u>: Dave Grable <davegrable@quinnemanuel.com>

DATED: Kailua-Kona, Hawaii, May 5, 2023.

Respectfully submitted,

　/s/ Kerry S. Culpepper　

Kerry S. Culpepper,
HI Bar No. 9837
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com