Defendant

Amalia Gutierrez

11516 SW 175th Terr

Miami, FL 33157

Ph# 786-355-9051

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
18 Sept. 2023 1:30 PM ls
Lucy H. Carrillo, Clerk of Court
```

CC: Filer (by email) ls

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Animaccord, Ltd., Plaintiff,

vs.

Mehndy Ali Aka Neal Mac d/b/a Bitshopusa's Booth, et al.,

Case No: 1:23-cv-173-LEK-WRP

I've received correspondence relating to the above court case but have not been served any official complaint regarding this case. I've been in contact with the Plaintiff's attorney Kerry S. Culpepper and he told me that I have a lawsuit against me regarding copyright infringement from Animaccord, Ltd and that they are seeking compensation for damages. I explained to him that my store PartyCreation has been closed since April 2023 and that I am no longer conducting business. In addition, I informed him that my only income is social security benefits and I do not have any other means to pay.

Defendant

Amalia Gutierrez

*/s/ Amalia Gutierrez*

Cc: kculpepper@culpepperip.com