CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
ANIMACCORD LTD.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANIMACCORD LTD., a Cyprus limited company,<br><br>Plaintiff,<br><br>v.<br><br>MEHNDY ALI, et al.,<br><br>Defendants. | **Case No.: 1:23-cv-173-LEK-WRP**<br>(Trademark)<br><br>**STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFF AND DEFENDANT VIVANA SALAZAR DBA BUTTERFLIESDREAM AND BUTTERFLIESDREAMC AND INJUNCTION** |

**STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFF AND DEFENDANT VIVANA SALAZAR DBA BUTTERFLIESDREAM AND BUTTERFLIESDREAMC AND INJUNCTION**

As attested to by the below signatures of counsel for Plaintiff ANIMACCORD LTD. ("Plaintiff") and Defendant VIVIANA SALAZAR DBA BUTTERFLIESDREAM and BUTTERFLIESDREAMC ("Defendant") (Plaintiff and Defendant collectively: "Parties"), this matter comes before the Court on the Parties' Stipulated Consent Judgment and Injunction.

26-002

On April 14, 2023, Plaintiff filed the Complaint [Doc. #1] alleging that Defendants listed in Schedule "A" by seller IDs are liable for trademark infringement in violation of 15 U.S.C. §1114(1), federal unfair competition in violation of 15 U.S.C. §1125(a), dilution in violation of 15 U.S.C. §1125(c), unfair competition in violation of H.R.S. §480-2, and copyright infringement in violation of 17 U.S.C. §§106 and 501.

On May 12, 2023, Plaintiff filed the First Amended Complaint ("FAC") [Doc. #21] naming the seller IDs including VIVIANA SALAZAR as Defendants and making same claims.

The Parties, after conferral and investigation, now appear, Plaintiff through counsel and Defendant *pro se* to fully and finally resolve all claims between them and the matters before the Court and have moved for entry of this Order and Injunction.

**WHEREFORE IT IS HEREBY STIPULATED AND ORDERED** for all matters relevant to this case between the Parties as follows:

1.      Defendant admits that she is accurately described as Defendant Seller ID##12 and 15 a/k/a BUTTERFLIESDREAM and BUTTERFLIESDREAMC in Schedule "A" [Doc. #1-1] in the Complaint and in the FAC, that she owns and operates the eBay storefront Butterfliesdream and the Etsy storefront Butterfliesdreamc.

2.   Defendant admits that personal jurisdiction and venue in this Court is appropriate.

3.   Defendant admits listing for sale and selling products using Plaintiff's Masha and the Bear trademarks and copyright protected characters in Hawaii without authorization from Plaintiff or a valid license as shown below.



4.   Defendant covenants that she has no other online storefronts besides the eBay store Butterfliesdream, the etsy store Butterfliesdreamc, and her Facebook store.

5.   Defendant was given an opportunity to discuss this stipulated judgment with legal counsel.

6.     Pursuant to the Parties' stipulated judgment, the below Order for Money Judgment and Injunction is to be entered against Defendant.

## MONEY JUDGMENT

7.     A money judgment is ordered against Defendant Viviana Salazar dba Butterfliesdream and Butterfliesdreamc in favor of Plaintiff for <u>One Thousand Five hundred Dollars ($1500.00)</u>.  However, in view of Defendant's financial and medical hardships, Plaintiff will accept payment of <u>One Thousand Dollars ($1000.00)</u> and the turnover amounts from eBay and Etsy as full satisfaction for the money judgment provided Defendant complies with the permanent injunction and payment schedule discussed below.

8.     Defendant agrees to pay $100 to Plaintiff on the 15th of every month beginning and including Oct. 15, 2023 by either bank transfer or sending certified check or money order made out to "Culpepper IP, LLLC Client Trust Account" care of Plaintiff's counsel at below address according to the payment schedule below. **\*If the first ten payments are completed on time, the final $500 will be forgiven by Plaintiff.**

| Payment Amount | Due Date |
| --- | --- |
| $100 | 10/15/2023 |
| $100 | 11/15/2023 |
| $100 | 12/15/2023 |
| $100 | 1/15/2024 |
| $100 | 2/15/2024 |

4

| | |
|---|---|
| $100 | 3/15/2024 |
| $100 | 4/15/2024 |
| $100 | 5/15/2024 |
| $100 | 6/15/2024 |
| $100 | 7/15/2024 |
| $100* | 8/15/2024 |
| $100* | 9/15/2024 |
| $100* | 10/15/2024 |
| $100* | 11/15/2024 |
| $100* | 12/15/2024 |

<u>Payment Address (post office stamp is evidence of timely sending)</u>:
Kerry S. Culpepper*,*
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740

### PERMANENT INJUNCTION

10. Defendant Viviana Salazar dba Butterfliesdream and Butterfliesdreamc is permanently enjoined from making products, selling products and selling services using the Masha and the Bear trademarks, incorporating the constituent elements of the Mash and the Bear characters or otherwise infringing Plaintiff's copyrighted Works and registered trademarks without a valid license.

11. eBay is hereby ORDERED to immediately turnover to Plaintiff c/o Plaintiff's counsel Kerry Culpepper at below address the funds seized from the account of Defendant Viviana Salazar a/k/a Seller ID#12 a/k/a Butterfliesdream pursuant to the Temporary Restraining Order [Doc. #12] and, after the turnover,

5

immediately remove all restrictions and un-freeze all accounts associated with Defendant Viviana Salazar dba Butterfliesdream.

12. Etsy is hereby ORDERED to immediately turnover to Plaintiff c/o Plaintiff's counsel Kerry Culpepper at below address the funds seized from the account of Defendant Viviana Salazar a/k/a Seller ID#15 a/k/a Butterfliesdreamc pursuant to the Temporary Restraining Order [Doc. #12] and, after the turnover, immediately remove all restrictions and un-freeze all accounts associated with Defendant Viviana Salazar dba Butterfliesdreamc.

13. For the avoidance of doubt, the turnover amounts from Etsy and eBay are in addition to the $1500 money judgment.

14. Each party shall bear their own costs and fees.

15. Pursuant to Rule 78(b) of the *Federal Rules of Civil Procedure*, the Parties waive a hearing and submit the consent order for entry of the based upon the papers filed.

16. With entry of this Order, this matter is terminated with respect to Defendant Viviana Salazar dba Butterfliesdream and Butterfliesdreamc but the action is not terminated as claims remain against other Defendants.

_Kerry S. Culpepper,_
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
Email: kculpepper@culpepperip.com
_Counsel for Plaintiff_

Viviana Salazar dba Butterfliesdream,
Butterfliesdreamc _pro se_
164 MAGNOLIA AVE UNIT 2FL
KEARNY, NJ 07032-3031
E-mail: vivguzhnay@gmail.com
Defendant _pro se_

APPROVED AND ORDERED THIS 12th day of October, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*ANIMACCORD LTD. v. THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"*, Civil No.: 23-cv-00173-LEK-WRP; STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFF AND DEFENDANT VIVIANA SALAZAR DBA BUTTERFLIESDREAM, BUTTERFLIESDREAMC AND INJUNCTION