IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| AMINACCORD LTD., a Cyprus limited company, | ) ) ) | CV 23-00173 LEK-WRP |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MEHNDY ALI aka Neal Mac dba BitShopUSA's Booth; DAVID MARTIN dba The Fun Shack; EITANUSHA LAVI dba alexandra33385; ANASTASIA VORONA dba store_zima; BORIS CHIFRINE dba mattys-cute-collectibles; DAVID TRAN dba monsterxpart; JANIS KRUMINS dba sellsim_2day_shipping; ZORYANA KOSTYRKO dba zorkost-0; KAILY GREEN dba ittybittysweetshop; VIVIANA SALAZAR dba butterfliesdream and Butterfliesdreamc; RUTH GISSELLE ABREU MUNIZ dba Arch2Crayons; AMALIA GUTIERREZ and MILAIDY GUTIERREZ dba PartyCreation; PATRICIA KIRTON aka Patricia Papalardo dba www.abirthdayplace.com, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN
PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AGAINST PATRICIA KIRTON

Findings and Recommendation having been filed on November 29, 2023 and

served on all parties on November 30, 2023, and no objections having been filed

by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default

Judgment Against Patricia Kirton", ECF No. 123,  are adopted as the opinion and

order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 18, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge