IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AMINACCORD LTD., a Cyprus limited company, <br><br> Plaintiff, <br><br> vs. <br><br> MEHNDY ALI aka Neal Mac dba BitShopUSA's Booth; DAVID MARTIN dba The Fun Shack; EITANUSHA LAVI dba alexandra33385; ANASTASIA VORONA dba store_zima; BORIS CHIFRINE dba mattys-cute-collectibles; DAVID TRAN dba monsterxpart; JANIS KRUMINS dba sellsim_2day_shipping; ZORYANA KOSTYRKO dba zorkost-0; KAILY GREEN dba ittybittysweetshop; VIVIANA SALAZAR dba butterfliesdream and Butterfliesdreamc; RUTH GISSELLE ABREU MUNIZ dba Arch2Crayons; AMALIA GUTIERREZ and MILAIDY GUTIERREZ dba PartyCreation; PATRICIA KIRTON aka Patricia Papalardo dba www.abirthdayplace.com, <br><br> Defendants. | CV 23-00173 LEK-WRP |

<u>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DAVID TRAN</u>

Findings and Recommendation having been filed on December 4, 2023 and served on all parties on December 5, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default Judgment Against David Tran", ECF No. 124, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 20, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge