# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| AMINACCORD LTD., a Cyprus limited company,<br><br>    Plaintiff,<br><br>vs.<br><br>MEHNDY ALI aka Neal Mac dba BitshopUSA's Booth; DAVID MARTIN dba The Fun Shack; EITANUSHA LAVI dba alexandra33385; ANASTASIA VORONA dba store_zima; BORIS CHIFRINE dba mattys-cute-collectibles; DAVID TRAN dba monsterxpart; JANIS KRUMINS dba sellsim_2day_shipping; ZORYANA KOSTYRKO dba zorkost-0; KAILY GREEN dba ittybittysweetshop; VIVIANA SALAZAR dba butterfliesdream and Butterfliesdreamc; RUTH GISSELLE ABREU MUNIZ dba Arch2Crayons; AMALIA GUTIERREZ and MILAIDY GUTIERREZ dba PartyCreation; PATRICIA KIRTON aka Patricia Papalardo dba www.abirthdayplace.com,<br><br>    Defendants. | DEFAULT JUDGMENT<br>IN A CIVIL CASE<br><br>Case: CV 23-00173 LEK-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>December 20, 2023<br><br>At 4 o'clock and 45 min p.m.<br>LUCY H. CARRILLO, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff Aminaccord Ltd., a Cyrus limited company, and against Defendant David Tran, in the amount of $135,000 in statutory damages, pursuant to the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default Judgment Against David Tran", ECF 124, filed on December 4, 2023, and the "Order Adopting Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default Judgment Against David Tran", ECF 127, filed on December 20, 2023. Plaintiff's requests for prejudgment interest, injunctive relief, and to lift the automatic stay of proceedings in FRCP Rule 62(a) are denied.

| December 20, 2023 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |