IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANIMACCORD LTD., a Cyrus limited company, <br><br> Plaintiff, <br><br> vs. <br><br> MEHNDY ALI, aka Neal Mac dba BitShopUSA's Booth; DAVID MARTIN dba The Fun Shack; EITANUSHA LAVI dba alexandra33385; ANASTASIA VORONA dba mattys-cute-collectibles; DAVID TRAN dba monsterxpart; JANIS KRUMINS dba sellsim_2day_shipping; ZORYANA KOSTYRKO dba zorkost-0; KAILY GREEN dba ittybittysweetshop; VIVIANA SALAZAR dba butterfliesdream and Butterfliesdreamc; RUTH GISSELLE ABREU MUNIZ dba Arch2Crayons; AMALIA GUTIERREZ and MILAIDY GUTIERREZ dba PartyCreation; PATRICIA KIRTON aka PATRICIA PAPALARDO dba www.abirthdayplace.com , <br><br> Defendants. | CV 23-00173 LEK-WRP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 28, 2024 and

served on all parties on March 29, 2024, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Attorney's Fees and Costs", ECF No. 157, are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, May 3, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge